United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IVAN JOSE VIELMA MATHEUS,<br>    *Petitioner,* | § § § | |
| v. | § § | Civil No. 5:26-cv-00311 |
| MIGUEL VERGARA,<br>KRISTI NOEM,<br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY,<br>PAMELA BONDI,<br>WARDEN RIO GRANDE<br>PROCESSING CENTER,<br>and EXECUTIVE OFFICE FOR<br>IMMIGRATION REVIEW,<br>    *Respondents.* | § § § § § § § § § § | |

**ORDER**

On March 5, 2026, the District Court found that Petitioner's claims were unripe and dismissed the Petition for Writ of Habeas Corpus without prejudice.  Dkt. No. 4.  Petitioner then filed a Motion to Expedite the Court's ruling on the dismissed petition on June 30, 2026.  Dkt. No. 5.  To clarify the procedural posture of this case, Petitioner is **ORDERED** to file an advisory explaining whether subsequent developments have caused his claims to become ripe and whether he intends to refile his Petition for Writ of Habeas Corpus by **August 14, 2026**.

IT IS SO ORDERED

Signed this August 4, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge